# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DAVID YOSEF HEMLEY,<br>    Defendant. | Case No.: 2:20-mj-00846-NJK<br>**ORDER**<br>[Docket No. 9] |

Pending before the Court is the parties' stipulation to vacate the status conference, currently set for December 3, 3030, in the instant case. Docket No. 9. The parties submit that Defendant has completed all of the requirements of his pretrial diversion. *Id.* at 1; *see also* Docket No. 4.

Accordingly, the parties' stipulation, Docket No. 9, is **GRANTED**. The status hearing is **VACATED**, the complaint is **DISMISSED**, and this case is **CLOSED**.

IT IS SO ORDERED.

Dated: December 1, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE